# Exhibit A

ELECTRONICALLY FILED
10/6/2020 8:52 AM
65-CV-2020-900056.00
CIRCUIT COURT OF
WASHINGTON COUNTY, ALABAMA
VALERIE KNAPP, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>65<br><br>Date of Filing:<br>10/06/2020 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA
### DAVID MOORE v. BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM

**First Plaintiff:** ☐ Business  ☑ Individual  **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING    A ☐ APPEAL FROM<br>DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM<br>OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

GOD004    10/6/2020 8:52:50 AM    /s/ CHARLES RICHARD GODWIN
            Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☑ NO    ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**    ☐ YES ☑ NO

ELECTRONICALLY FILED
10/6/2020 8:52 AM
65-CV-2020-900056.00
CIRCUIT COURT OF
WASHINGTON COUNTY, ALABAMA
VALERIE KNAPP, CLERK

## IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| **DAVID MOORE** | § | |
| **Plaintiff** | § | **CIVIL ACTION NUMBER:** |
| **v.** | § | **CV-2020-** |
| **BASF CORPORATION;** | § | |
| **A, B & C, X, Y & Z whose names** | | **JURY DEMAND** |
| **are otherwise unknown being an individual,** | § | |
| **firm, partnership or corporation who had** | | |
| **control of or who had the right to** | § | |
| **control the material transfer machine described** | | |
| **in the Complaint, the servicing equipment,** | § | |
| **the safety of the premises, and the safety** | | |
| **warnings, safety training and for whose benefit** | § | |
| **the said Defendant was acting on the occasion** | | |
| **described in the Complaint; the** | § | |
| **true name or names being otherwise but such** | | |
| **identity will be supplied by amendment to this** | § | |
| **Complaint when** | | |
| **ascertained;** | § | |
| **Defendants** | § | |

## COMPLAINT

COMES NOW the Plaintiff in the above-styled cause, by and through his undersigned attorneys, and files and serves this his civil action against Defendants for personal injuries suffered on or about October 28, 2018, on the BASF Industrial Facility jobsite in McIntosh, Washington County, Alabama.

## INTRODUCTION

1.     All claims and causes of action set forth herein arise out of a personal injury Plaintiff suffered while operating the material transfer machine on the BASF Industrial jobsite in McIntosh, Washington County, Alabama, on or about October 28, 2018.

## PARTIES

2.      Plaintiff, David Moore, is a bona fide resident citizen of Clarke County, Alabama. His address at all times material and relevant to this cause of action is 127 Charlotte Circle, Clarke County, Alabama 36545.

3.      Defendant, BASF Corporation, is believed to be a foreign corporation with principal mailing address at 100 West 10th Street, Wilmington, Delaware 19801(Hereinafter **"BASF")**. Defendant's registered agent for service of process is C T Corporation System whose registered office street address is 2 North Jackson Street, Suite 605, Montgomery, Alabama 36104. This address is also the registered agent's mailing address. BASF was at all times material and relevant to this cause of action authorized to do business in Washington County and other surrounding counties and was in fact doing business in Washington County and surrounding counties, on the date of the incident giving rise to this cause.

4.      BASF is believed to own an interest in the jobsite and owned and/or controlled, and/or had the right to control, the activities giving rise to the Complaint, and the material transfer machine which injured the Plaintiff and which forms the basis of this Complaint. BASF was conducting business for profit at the time and place of said accident.

## COUNT I

## COMPLAINT AGAINST DEFENDANTS BASF CORPORATION, A, B, AND C, AND, X, Y, AND Z FOR NEGLIGENCE

1.      Plaintiff realleges all allegations of the above and foregoing Paragraphs 1 through 4.

2.      Plaintiff claims of Defendants a sum exceeding the minimum jurisdictional limits of this Court for that on to wit October 28, 2018, while employed as a material handler with Brown & Root Industrial Services, LLC, which was providing on site services according to a

contract with BASF at the BASF Industrial Facility in McIntosh, Washington County, Alabama, Plaintiff suffered personal injuries as a direct result of Plaintiff's left hand being violently mashed between the rail and the massager on the material transfer machine, which was altered by BASF to create a pinch point, compromising the safety of the said machine and rendering it unsafe. Plaintiff also suffered injuries and aggravation of pre-existing conditions to other parties of his body proximately caused by said unsafe machine.

      3.       The said injuries to the Plaintiff were the direct and proximate result of the Defendants' negligence in one (1) or more of the following respects, separately and severally:

      a.      Defendants negligently altered or allowed a material transfer machine to be altered to create a pinch point, compromising the safety of the said machine and rendering it unsafe for Plaintiff's use.

      b.      Defendants negligently failed to prevent the use of a material transfer machine because it was altered and/or tampered with to create a pinch point, compromising the safety of the said machine and rendering it unsafe.

      c.      Defendants negligently enabled the use of the said material transfer machine.

      d.      Defendants negligently failed to keep the premises safe.

      e.      Defendants negligently failed to publish and enforce proper safety rules regarding the use of the material transfer machine known by them to be tampered with to create a pinch point, compromising the safety which would result in injuries and risk of death to Plaintiff and others similarly situated.

Page **3** of **7**

   h.  Defendants negligently engaged, retained and supervised the services of Brown & Root Industrial Services, LLC who was the employer of Plaintiff on said occasion and whose owners/managers were incompetent to safely conduct and oversee the operations/transactions giving rise to this cause.

  4.  As a direct and proximate result of the aforesaid negligence, Plaintiff suffered compensatory damages in an amount exceeding the minimum jurisdictional limits of this Court, consisting of, medical expenses past, present and future, physical pain and suffering, emotional distress and mental anguish, permanent injury, and aggravation of pre-existing conditions and damages for permanent disfigurement, permanent impairment and lost earnings and lost earnings capacity.

  WHEREFORE, Plaintiff demands judgment against Defendants for compensatory damages in an amount exceeding minimum jurisdictional limits of this Court and costs in this behalf expended. Plaintiff demands such other further and different relief to which he may be entitled in the premises.

## . <u>COUNT II</u>

## <u>COMPLAINT AGAINST DEFENDANTS BASF CORPORATION, A, B, AND C, AND, X, Y, AND Z FOR WANTONNESS</u>

  1.  Plaintiff realleges all allegations of the above and foregoing Paragraphs 1 through 4.

  2.  Plaintiff claims of Defendants a sum exceeding the minimum jurisdictional limits of this Court for that on to wit October 28, 2018, while employed as a material handler with Brown & Root Industrial Services, LLC, which was providing on site services according to a contract with BASF at the BASF Industrial Facility in McIntosh, Washington County, Alabama, Plaintiff suffered personal injuries as a direct result of Plaintiff's left hand being violently

mashed between the rail and the massager on the material transfer machine, which was altered by BASF to create a pinch point, compromising the safety of the said machine and rendering it unsafe. Plaintiff also suffered injuries and aggravation of pre-existing conditions to other parties of his body proximately caused by said unsafe machine.

3.      The said injuries to the Plaintiff were the direct and proximate result of the Defendants' wantonness in one (1) or more of the following respects, separately and severally:

a.      Defendants wantonly altered or allowed a material transfer machine to be altered to create a pinch point, compromising the safety of the said machine and rendering it unsafe for Plaintiff's use.

b.      Defendants wantonly failed to prevent the use of a material transfer machine because it was altered and/or tampered with to create a pinch point, compromising the safety of the said machine and rendering it unsafe.

c.      Defendants wantonly enabled the use of the said material transfer machine.

d.      Defendants wantonly failed to keep the premises safe.

e.      Defendants wantonly failed to publish and enforce proper safety rules regarding the use of the material transfer machine known by them to be tampered with to create a pinch point, compromising the safety which would result in injuries and risk of death to Plaintiff and others similarly situated.

h.      Defendants wantonly engaged, retained and supervised the services of Brown & Root Industrial Services, LLC who was the employer of Plaintiff

on said occasion and whose owners/managers were incompetent to safely

conduct and oversee the operations/transactions giving rise to this cause.

4.      As a direct and proximate result of the aforesaid wantonness, Plaintiff suffered

compensatory damages in an amount exceeding the minimum jurisdictional limits of this Court,

consisting of, medical expenses past, present and future, physical pain and suffering, emotional

distress and mental anguish, permanent injury, and aggravation of pre-existing conditions and

damages for permanent disfigurement, permanent impairment and lost earnings and lost earnings

capacity.

5.      Plaintiff also claims punitive damages in an amount exceeding the minimum

jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory and

punitive damages in an amount exceeding minimum jurisdictional limits of this Court and costs

in this behalf expended. Plaintiff demands such other further and different relief to which he may

be entitled in the premises.

CHARLES R. GODWIN      (GOD004)
TIMOTHY J. GODWIN      (GOD010)
Attorneys for Plaintiff
10388 Highway 31
Atmore, Alabama 36502
251-368-1417
251-368-0839 (Fax)
godwinlaw@frontier.com

## JURY DEMAND

Plaintiff demands trial by jury on all issues in this cause.

Page **6** of **7**

CHARLES R. GODWIN     (GOD004)
TIMOTHY J. GODWIN    (GOD010)
Attorneys for Plaintiff

**PLAINTIFF'S ADDRESS:**

**DAVID MOORE**
127 CHARLOTTE CIRCLE
JACKSON, ALABAMA 36545

**PLAINTIFF REQUESTS SERVICE BY CERTIFIED MAIL ON DEFENDANTS AT THE FOLLOWING ADDRESS:**

**BASF CORPORATION**
**C/O REGISTERED AGENT, C T CORPORATION SYSTEM**
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

Page **7** of **7**



AlaFile E-Notice

65-CV-2020-900056.00

To:  CHARLES RICHARD GODWIN
     godwinlaw@frontier.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

DAVID MOORE V. BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM
65-CV-2020-900056.00

The following complaint was FILED on 10/6/2020 8:52:43 AM

Notice Date:     10/6/2020 8:52:43 AM

VALERIE KNAPP
CIRCUIT COURT CLERK
WASHINGTON COUNTY, ALABAMA
45 COURT STREET
PO BOX 548
CHATOM, AL, 36518

251-847-2239
valerie.knapp@alacourt.gov



AlaFile E-Notice

65-CV-2020-900056.00

To:  BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

DAVID MOORE V. BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM
65-CV-2020-900056.00

The following complaint was FILED on 10/6/2020 8:52:43 AM

Notice Date:      10/6/2020 8:52:43 AM

VALERIE KNAPP
CIRCUIT COURT CLERK
WASHINGTON COUNTY, ALABAMA
45 COURT STREET
PO BOX 548
CHATOM, AL, 36518

251-847-2239
valerie.knapp@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>65-CV-2020-900056.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA**
**DAVID MOORE V. BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM**

**NOTICE TO:** BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM, 2 N JACKSON ST SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHARLES RICHARD GODWIN
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 10388 HIGHWAY 31, ATMORE, AL 36502
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of  DAVID MOORE
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 10/06/2020 | /s/ VALERIE KNAPP | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ CHARLES RICHARD GODWIN

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on
.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to
in
County,

*(Name of Person Served)*          *(Name of County)*

Alabama on
.

*(Date)*

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

*(Server's Printed Name)*          *(Phone Number of Server)*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery Information, visit our website at *www.usps.com*.

O F F I C I A L   U S E

Certified Mail Fee

$ 3.55

Extra Services & Fees *(check box, add fee as appropriate)*

☑ Return Receipt (hardcopy) $ 2.85
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ .70

Total Postage and Fees
$ 7.00

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7018 3090 0001 0416 4846

BASF Corporation
C/O Registered Agent
CT Corp System
2 N Jackson St. STE 605
Montgomery, AL 36104
CV-2020-900056 (S/C)

PS Form 3800, April 2015 PSN 7530-02-000-9047

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).

- A unique identifier for your mailpiece.

- Electronic verification of delivery or attempted delivery.

- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.

- Certified Mail service is *not* available for International mail.

- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.

- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:

  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.

  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).

  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

**CHARLES R. GODWIN**
ATTORNEY AT LAW
10388 HIGHWAY 31
ATMORE, ALABAMA 36502

(251) 368-1417
FAX (251) 368-0839
EMAIL: GODWINLAW@FRONTIER.COM

TIMOTHY J. GODWIN
ASSOCIATE

October 7, 2020

Circuit Clerk
Washington County
Post Office Box 548
Chatom, Alabama 36518

RE:   JURY DEMAND - CASE NO.: CV-2020-900056.00

Dear Victoria,

    We enclose herewith our check payable to the Circuit Court in the amount of $100.00 for the Jury Demand.

    We confirm our Jury Demand in this case.

    Thank you for your cooperation and your assistance in this case.

Very truly yours,

Charles R. Godwin
CRG/tm
Enclosure

**VALERIE KNAPP
CIRCUIT CLERK**

OCT 08 2020

**WASHINGTON COUNTY
ALABAMA**

```
            ALABAMA JUDICIAL DATA CENTER
               COURT PAYMENT SYSTEM

   WASHINGTON COUNTY                   RECEIPT NUMBER: 086581
DATE OF RECEIPT: 10/08/2020  TIME: 11:05:35
RECEIPT FOR CASE: CV 2020 900056 00      BATCH: 2021002
   RECEIVED FROM: MOORE DAVID


 DAVID MOORE V. BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM

   ACCOUNTS RECEIPTED:
      JDMD                             $100.00

RECEIVED BY: VIH      CHECK AMOUNT      $100.00
```

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BASF Corporation
C/O Registered Agent
CT Corp System
2 N Jackson St. STE 605
Montgomery, AL 36104
CV-2020-900056 (S/C)



9590 9402 5444 9189 9800 69

2. Article Number *(Transfer from service label)*

7018 3090 0001 0416 4846

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Jennifer A. ockwood   ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
                                    OCT 1 3 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

VALERIE KNAPP
CIRCUIT CLERK

OCT 1 9 2020

WASHINGTON COUNTY
ALABAMA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**USPS TRACKING #**

MONTGOMERY AL 360

15 NOV 2020 PM 3 L

**First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10**

9590 9402 5444 9189 9800 69

**United States
Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

*Washinton County Circuit Clerk*

*Valerie Knapp*

*P.O. Box 548*

*Chatom, AL 36518*





AlaFile E-Notice

65-CV-2020-900056.00

Judge: C ROBERT MONTGOMERY

To:   GODWIN CHARLES RICHARD
      godwinlaw@frontier.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

DAVID MOORE V. BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM
65-CV-2020-900056.00

The following matter was served on 10/13/2020

**D001 BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM**
**Corresponding To**
CERTIFIED MAIL
RECEIVED BY JENNIFER LOCKWOOD

VALERIE KNAPP
CIRCUIT COURT CLERK
WASHINGTON COUNTY, ALABAMA
45 COURT STREET
PO BOX 548
CHATOM, AL, 36518

251-847-2239
valerie.knapp@alacourt.gov



AlaFile E-Notice

65-CV-2020-900056.00

Judge: C ROBERT MONTGOMERY

To: GODWIN TIMOTHY JON
lawgod@frontiernet.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

DAVID MOORE V. BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM
65-CV-2020-900056.00

The following matter was served on 10/13/2020

**D001 BASFCORPOR/ C/O REGISTERED AGENT, C T CORP. SYSTEM**
**Corresponding To**
CERTIFIED MAIL
RECEIVED BY JENNIFER LOCKWOOD

VALERIE KNAPP
CIRCUIT COURT CLERK
WASHINGTON COUNTY, ALABAMA
45 COURT STREET
PO BOX 548
CHATOM, AL, 36518

251-847-2239
valerie.knapp@alacourt.gov